ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Manhattan Construction Company | ) ASBCA No. 63858-ADR |
| | ) |
| Under Contract No. W912DR-21-C-0056 | ) |

APPEARANCE FOR THE APPELLANT:     Charles F. Mitchell, Esq.
                                  Blue Fence Advisors
                                  Rockville, MD

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                  Engineer Chief Trial Attorney
                                  Jesus Cruz Rodriguez, Esq.
                                  Engineer Trial Attorney
                                  U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The parties have resolved their dispute through Alternative Dispute Resolution and request that the Board dismiss the appeal. The appeal is dismissed with prejudice.

Dated: February 3, 2025

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63858-ADR, Appeal of Manhattan Construction Company, rendered in conformance with the Board's Charter.

Dated: February 4, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals